IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01607-BNB

CELIA A. DANIELS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, and
SOCIAL SECURITY ADMINISTRATION,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 0 2009

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be placed on the AP Docket. Accordingly, it is

ORDERED that this case shall be placed on the AP Docket.

DATED August 10, 2009, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01607-BNB

Celia A. Daniels
P.O. Box 18452
Denver, CO 80218

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/10/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk